IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY TRUELOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 5:10-cv-492 |
| vs. ) | |
| ) | **DISMISSAL WITH PREJUDICE** |
| VALENTINE & KEBARTAS, INC., ) | |
| ) | |
| Defendant. ) | |

Now comes the Plaintiff, Anthony Truelove, by and through his attorney, M. Lynette Hartsell, Luxenburg & Levin, LLC, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully Submitted,

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305 (phone)
(866) 551-7791 (facsimile)
Lynette@LuxenburgLevin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 493-0770, ext. 305 (phone)
(866) 551-7791 (facsimile)
Lynette@LuxenburgLevin.com
